UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JOHN PRICE,

        Plaintiff,

        - against -

CITY OF NEW YORK; NEW YORK CITY
DEPARTMENT OF CORRECTION; JOANDREA
DAVIS; DARLENE MERRITT; and ASHLEY
WILSON,

        Defendants.

-----------------------------------------------------------X

**ORDER**
**09 CV 4183 (NGG)(LB)**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
★ JAN 2 5 2010
P.M.
TIME A.M.

**BLOOM, United States Magistrate Judge:**

        The Court held a conference in this case on January 21, 2010, pursuant to Fed. R. Civ. P. 16. Plaintiff shall file a second amended complaint by March 22, 2010. Defendants' response to the second amended complaint shall be stayed pending the next conference, which the Court shall hold on April 7, 2010 at 10:00 a.m. in Courtroom 11A.

SO ORDERED.

Dated: January 22, 2010
      Brooklyn, New York

LOIS BLOOM
United States Magistrate Judge